# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| Sean Gaston Atwood, <br> AIS # 266226, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 12-00767-WS-N |
| Cynthia White, | ) <br> ) | |
| Respondent. | ) | |

## **ORDER**

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 16, 2014 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this the 21st day of February, 2014.

                                         s/WILLIAM H. STEELE
                                         **CHIEF UNITED STATES DISTRICT JUDGE**