# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| Sean Gaston Atwood, <br> AIS # 266226, <br><br> Petitioner, <br><br> v. <br><br> Cynthia White, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 12-00767-WS-N <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the habeas corpus petition, filed pursuant to 28 U.S.C. § 2254, be and is hereby **DENIED**. Further, the petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal *in forma pauperis*.

**DONE and ORDERED** this the 21st day of February, 2014.

s/WILLIAM H. STEELE
**CHIEF UNITED STATES DISTRICT JUDGE**